IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| WAL-MART STORES EAST, LP, | ) | |
|---|---|---|
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 3:15-cv-1306 |
| | ) | JURY DEMAND |
| | ) | JUDGE CAMPBELL |
| WESTERN WORLD INSURANCE COMPANY, | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| **Defendant.** | ) | |

**AGREED FINAL ORDER OF DISMISSAL**

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in controversy have been resolved and this case should be dismissed with prejudice.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED** this _____ day of _____, 2016.


_____
**JUDGE CAMPBELL**

**APPROVED FOR ENTRY:**

s/ Meredith Eason
Andy Rowlett, No. 16277
Meredith Eason, No. 30183
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
615-244-3370
Attorneys for plaintiff

-and-

s/ Tom Corts (by ME with permission on 3/3/16)
Tom Corts, No. 3486
330 Commerce Street, Suite 110
P.O. Box 198985
Nashville, TN 37219-8985
615-256-9999
Attorney for Defendant Western World Insurance Company

## CERTIFICATE OF SERVICE

I certify that the foregoing was served via the electronic filing system upon:

Tom Corts
Ortale, Kelley, Herbert & Crawford
330 Commerce Street, Suite 110
P.O. Box 198985
Nashville, TN 37219-8985

this the 3rd day of March, 2016.

s/ Meredith L. Eason